**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERT DYTCH,

    Plaintiff,

v.

COLLEGE OF HOLY NAMES,
HOLY NAMES UNIVERSITY

    Defendant.
_____/

No. C 09-01095 WHA

**ORDER OF REFERENCE**

Parties have filed a joint consent to proceed before a Magistrate Judge.

IT IS HEREBY ORDERED that the case is referred for assignment to a Magistrate Judge for all further proceedings.

**IT IS SO ORDERED**.

Dated: September 14, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE