THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No.  C 09-1095 BZ |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| COLLEGE OF HOLY NAMES, HOLY NAMES UNIVERSITY, | |
| Defendants. | |
| _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A

Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties

shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

if fully set forth.  The parties request the Court to retain jurisdiction in order to enforce the

terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance*

*Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that

the Court will retain jurisdiction over this action and the parties hereto in order to be able to

enforce the terms of the Settlement Agreement.

    IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP

41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement.

Date: November 13, 2009                    Date:  November 16, 2009



S/Jon C. Yonemitsu,                        S/Thomas N. Stewart, III,
Attorney for Defendants                    Attorney for Plaintiff


IT IS SO ORDERED:      The Court retains jurisdiction until November 15, 2010.



Date:  November 17, 2009          _____
                                  Judge/Magistrate  Judge Bernard Zimmerman